SORD
VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
ANGELA A. BELLO, ESQ.
Nevada Bar No.: 7275
THE LAW OFFICE OF VERNON NELSON
6787 W. Tropicana Avenue, Suite 103
Las Vegas, Nevada 89103
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
E-mail: angelab@nelsonlawfirmlv.com
*Attorneys for Plaintiff Suzanne Reifsnyder*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUZANNE REIFSNYDER,<br><br>    Plaintiff,<br><br>v.<br><br>LINCOLN COUNTY SCHOOL DISTRICT, a county school district,<br><br>    Defendant. | Case No.: 2:18-cv-02422-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, Suzanne Reifsnyder, by and through her attorneys of record, Vernon Nelson of the Law Office of Vernon Nelson, and Defendant, Lincoln County School District, by and through its attorney of record Ann M. Alexander of the law firm of Erickson, Thorpe & Swainston, that the above entitled action shall be dismissed with prejudice, with each side bearing their own attorney fees and costs.

Dated this 26th day of November, 2019,                Dated this 26th day of November, 2019,

THE LAW OFFICE OF VERNON NELSON          ERICKSON, THORPE & SWAINSTON

_____                         _____
VERNON A. NELSON, JR.                                         ANN M. ALEXANDER
Nevada Bar No. 6434                                                Nevada Bar No. 7256
ANGELA A. BELLO, ESQ.                                       99 West Arroyo Street
Nevada Bar No.: 7275                                               Reno, Nevada 89509
6787 W. Tropicana Avenue, Suite 103                       T: 775-786-3930 | F: 775-786-4160
Las Vegas, Nevada 89103                                         E-mail: aalexander@etsreno.com
T: 702-476-2500 | F: 702-476-2788                           *Attorneys for Defendant*

E-mail: vnelson@nelsonlawfirmlv.com
angelab@nelsonlawfirmlv.com
*Attorneys for Plaintiff*

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action shall be dismissed in its entirety with prejudice and each of the parties to bear their own attorney fees and costs.

Dated this 3 day of December, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court

Respectfully submitted:

THE LAW OFFICE OF VERNON NELSON

_____
ANGELA A. BELLO, ESQ.
Nevada Bar No.: 7275
6787 W. Tropicana Avenue, Suite 103
Las Vegas, Nevada 89103
T: 702-476-2500 | F: 702-476-2788
E-mail: angelab@nelsonlawfirmlv.com